No. 02–5621. GREEN v. OHIO. Ct. App. Ohio, Stark County. Certiorari denied.

No. 02–5625. GOODMAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5628. CARABALLO-MARTINEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5630. ACOSTA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5631. MCKINNEY v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 02–5633. CRAVIN v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–5642. HERRERA-DIAZ v. UNITED STATES; and
No. 02–5682. GARIBAY-BALBUENA v. UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 37 Fed. Appx. 504.

No. 02–5643. MEANS v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA. C. A. 11th Cir. Certiorari denied.

No. 02–5644. AREVALO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5647. PRESTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5652. ELLIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–5653. MEJIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–5655. CARMONA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–5656. VILLASENOR-MARTINEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.